## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Victor Martinez Jimenez

                Plaintiff,

v.                                      Case No.: 1:26–cv–04823
                                      Honorable Georgia N. Alexakis

Sam Olson

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons stated in the accompanying order, the Court grants the petition for writ of habeas corpus of petitioner Victor Martinez Jimenez. [1]. Enter Order. The Court orders the government to provide Martinez Jimenez with a bond hearing under § 1226(a) on or before 5/15/2026 or otherwise to release him. Respondents Markwayne Mullin and Todd Blanche are dismissed from this matter. Brison Swearingen is added as a respondent. The parties are directed to submit a status report by 5/18/2026 to confirm that Martinez Jimenez has been given a bond hearing or otherwise has been released. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.